**RENEW AUTO COLLISION OF SOUTH FLORIDA, INC., Appellant,**

v.

**RAPID AUTO LOANS, LLC, and Sean McCabe, Appellees.**

No. 4D15–4107.

District Court of Appeal of Florida, Fourth District.

Aug. 3, 2016.

Richard F. Hussey of Richard F. Hussey, P.A., Fort Lauderdale, for appellant.

Robert P. Bissonnette of Robert P. Bissonnette, P.A., Fort Lauderdale, for appellee Rapid Auto Loans, LLC.

PER CURIAM.

Appellant, Renew Auto Collision of South Florida, Inc., appeals the trial court's order declining to award it attorney's fees under section 713.585, Florida Statutes (2015), as the prevailing party. The appellee concedes that appellant was the prevailing party, and the trial court erred in denying fees. We reverse and remand for the trial court to determine the amount of attorney's fees due to appellant.

WARNER, TAYLOR and GERBER, JJ., concur.